IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEL M. MARIN, | : | |
|     Plaintiff | : | No. 1:14-cv-01523 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JOE SCHMIDER, | : | (Magistrate Judge Schwab) |
|     Defendant | : | |

## ORDER

**AND NOW,** on this 30th day of September 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 47) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 54) are **OVERRULED**;

3. Defendant's objections (Doc. Nos. 49, 50) are **OVERRULED**;

4. Defendant's motion to dismiss (Doc. No. 15) is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Plaintiff's procedural due process claim premised upon an asserted property interest in an EMT license is **DISMISSED WITH PREJUDICE**;
   b. Plaintiff's "tortious interference with career" claim is **DISMISSED WITH PREJUDICE**;
   c. Plaintiff's procedural due process claim based on a liberty interest is **DISMISSED WITHOUT PREJUDICE**; and
   d. In all other respects, the motion is **DENIED**;

5. Plaintiff's request (Doc. 29-1 at 10) to have Defendant's motion to dismiss (Doc. No. 15) construed as one for summary judgment and denied as premature is **DENIED**; and

6. The above-captioned action is referred back to Magistrate Judge Schwab for further pre-trial management.

                                                               S/ Yvette Kane
                                                               Yvette Kane, District Judge
                                                               United States District Court
                                                               Middle District of Pennsylvania