# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEL M. MARIN,  :  |  |
|     Plaintiff  :  |  |
| : | No. 1:14-cv-1523 |
| v.  :  |  |
| : | (Judge Kane) |
| JOE SCHMIDER,  :  | (Magistrate Judge Schwab) |
|     Defendant  :  |  |

## ORDER

Before the Court in the above-captioned action is the September 14, 2016 Report and Recommendation of Magistrate Judge Schwab. (Doc. No. 85.) No timely objections have been filed. **ACCORDINGLY**, this 4th day of October 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 85) of Magistrate Judge Schwab;

2. Defendant's motion to dismiss Plaintiff's amended complaint (Doc. No. 74) is **GRANTED**;

3. Plaintiff's federal law claims are **DISMISSED WITH PREJUDICE** as the Court finds that granting Plaintiff further leave to amend would be futile;

4. Given the Court's dismissal of Plaintiff's federal claims, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law invasion of privacy claim, and therefore, Plaintiff's state law claim is **DISMISSED WITHOUT PREJUDICE** to Plaintiff refiling his claim in state court; and

5. The Clerk of Court is directed to close the above-captioned case.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania